# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DWIGHT HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-1143** |
| **JOSEPH LOPINTO, et al.** | **SECTION: "G"(5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Deputy Marcus Borne of the Jefferson Parish Sheriff's Office are **DISMISSED WITHOUT PREJUDICE** to his right to pursue said claims in his previous, pending lawsuit.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the remaining Defendants are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

**NEW ORLEANS, LOUISIANA,** this 10th day of May, 2018.

_____
**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**